IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| O.C., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:25-CV-52-CDL-AGH |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Defendant filed an unopposed motion to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). The Court considered the motion and the grounds articulated therein and reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). This case is consequently remanded to the Commissioner of Social Security. On remand, the Commissioner will carry out further administrative actions, including instructing the Administrative Law Judge to further evaluate the medical evidence, update the administrative record, offer Plaintiff the opportunity for a hearing, and issue a new decision.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this **6th** day of **August, 2025.**

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA